IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA DIAZ, on behalf of her
minor child, J.D.,

    Plaintiff,

vs.         CASE NO. 5:06cv42/RS

MICHAEL J. ASTRUE,[1]
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED**:

1. The decision of the Commissioner is reversed.

2. The Commissioner is ordered to remand this case to the Administrative Law Judge for further proceedings consistent with the Magistrate Judge's Order, Report and Recommendation.

3. The clerk is directed to close the file.

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).

ORDERED on July 10, 2007.

                                        /S/ Richard Smoak  
                                        **RICHARD SMOAK**  
                                        **UNITED STATES DISTRICT JUDGE**